

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00066-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

**VAQUILLAS UNPROVEN MINERALS, LTD.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ000438-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file a motion for rehearing is hereby GRANTED. Time is extended to September 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

Keith E. Hottle
Clerk of Court